# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LAMARCUS HARDY,                                                                                          PLAINTIFF
ADC #148123

v.                                            No. 1:14CV00040-JLH-JJV

STEPHANIE BUDNIK, Counselor,
ADC Grimes Unit; *et al*.                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    Plaintiff's complaint against defendants is DISMISSED, for failure to state a claim.

2.    This dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

3.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 4th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE