**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LAMARCUS HARDY,                                                                                              PLAINTIFF
ADC #148123

v.                                            No. 1:14CV00040-JLH-JJV

STEPHANIE BUDNIK, Counselor,
ADC Grimes Unit; *et al*.                                                                              DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE